Amir J. Goldstein, Esq. (SBN 255620)
ajg@consumercounselgroup.com
5455 Wilshire Boulevard, Suite 1812
Los Angeles, CA 90036
Tel  323.937.0400
Fax 866.288.9194

Attorney for Plaintiff

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| CHARMANE BENSON, | ) | CASE NO.:  12CV4791-CAS (JCGX) |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER OF DISMISSAL |
| INTERNATIONAL SYSTEMS DEVELOPMENT, LLC d/b/a ISD GROUP and DOES 1 through 10, inclusive, | ) | |
| Defendant. | ) | |

THE COURT APPROVES THE PARTIES STIPULATION, by and between the undersigned counsel on behalf of their respective clients, (the Defendant not having appeared) that pursuant to Rule 41(a)(1), this action shall be, and it hereby is, dismissed with prejudice and without costs to either party.

IT IS SO ORDERED.

Dated: January 8, 2013

_____
Hon. Christina A. Snyder

(Proposed) Order of Dismissal